■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. ELMOND S. WINCHELL, Appellant.— Appeal

780

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.